

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-25-00091-CV

**IN RE** Alejandro **VELASQUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Chief Justice
     Lori I. Valenzuela, Justice
     Lori Massey Brissette, Justice

On February 10, 2025, relator Alejandro Velasquez filed a petition for writ of mandamus, a motion for emergency temporary relief, and a mandamus record. On February 24, 2025, the real party in interest, Jessica Vedia, filed a response to the mandamus petition and motion. On February 27, 2025, relator filed a reply to the real party in interest's response. On March 5, 2025, we denied relator's motion.

After considering the petition, the mandamus record, the motion, the response to the petition and motion, and the reply, we conclude relator has not shown himself entitled to the relief sought. Accordingly, we DENY the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 9, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2023FLA001862C3, styled *Vasquez v. Vedia*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Victor Villarreal presiding.